IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CONSTANCE BARTON, KIMBERLY CLARK, WESLEY CLARK, TRACIE HUNT, ELEANOR WALTERS, KAREN MEREDITH, GILBERT BREEDEN, LACENTIA THOMPSON, MATHESIA PETERSON, and CHESTER CHARNESKI, on behalf of themselves and on behalf of classes of those similarly situated, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:04-CV-748 |
| THE PANTRY, INC., also doing business as, THE PANTRY, BIG K, CAMPUS STORE, CHARLESTON'S DEPOT, ETNA, EXPRESS STOP, FAST LANE, FOOD CHIEF, GOLDEN GALLON, HANDY WAY, KANGAROO, KANGAROO EXPRESS, LIL CHAMP FOOD STORE, MARKET EXPRESS, MINI MART, ON THE WAY, QUICK STOP SMOKERS EXPRESS, SPRINT, WICKER MART, ZIP MART, and by other names, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons set forth in the contemporaneously filed Memorandum Opinion, The Pantry's Motion to Dismiss [Doc. #12] is DENIED as far as it requests dismissal of Plaintiffs' claims under the NCWHA §§ 95-25.6 and 95-25.13 and GRANTED as far as it requests dismissal of Plaintiffs' claims under the FLSA and

the NCWHA for alleged violations of statutory record-keeping provisions.

This the day of May 17, 2006

                                                               /s/ N. Carlton Tilley, Jr.
                                                          United States District Judge